# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG YANG LYON,<br><br>    Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY,<br><br>    Defendant. | Case No. 19-cv-02746-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 14 |

Defendant reports that this case has settled. ECF 14. All previously-scheduled deadlines and appearances are vacated.

By **October 31, 2019**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **November 12, 2019 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **November 5, 2019**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: September 20, 2019

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge